# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| WILDER CHIROPRACTIC, INC. d/b/a MADISON CHIROPRACTIC-EAST, a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) ) Civil Action No. 8:17-cv-00973 |
| Plaintiff, | ) |
| v. | ) **CLASS ACTION** |
| STYMCO TECHNOLOGIES, LLC, a Florida limited liability company, and JOHN DOES 1-5, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff, WILDER CHIROPRACTIC, INC. d/b/a MADISON CHIROPRACTIC-EAST, hereby dismisses this action without prejudice.

Respectfully submitted,

WILDER CHIROPRACTIC, INC. d/b/a MADISON CHIROPRACTIC-EAST, individually and as the representative of a class of similarly-situated persons

By: /s/Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the foregoing has been filed via the CM/ECF system that will send to all attorneys/parties of record on June 15, 2017.

                                                  /s/ Ryan M. Kelly