UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILDER CHIROPRACTIC, INC.,

    Plaintiff,

v.                                            CASE NO. 8:17-cv-973-T-23AAS

STYMCO TECHNOLOGIES, LLC,
et al.,

    Defendants.
_____/

## **ORDER**

In accord with the plaintiff's stipulation (Doc. 10), this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on June 19, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE